# Court of Appeals
# of the State of Georgia

ATLANTA,___May 18, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1626.  BERNARD MCPHAIL v. CITY OF AVONDALE, GEORGIA.**

After an Avondale Estates municipal court found Bernard McPhail guilty of a traffic violation, McPhail filed a notice of appeal in the superior court. By order entered February 9, 2016, the superior court dismissed McPhail's action and McPhail seeks to appeal this ruling. We lack jurisdiction to consider his appeal.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court. See *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001).  Such compliance is required even where the superior court dismisses the action.  See *Brewer v. Bd. of Zoning Adjustment of Atlanta*, 170 Ga. App. 351 (317 SE2d 327) (1984). McPhail failed to comply with the discretionary appeal procedure. Accordingly, we lack jurisdiction over this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 05/18/2016 _____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*